

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
ATLANTA DISTRICT OFFICE**
3475 Lenox Road, N.E. Suite 500
Atlanta, GA 30326-1232

Micheal D. Watson  
Staff Attorney

Direct Line (404) 842-7671  
Facsimile (404) 842-7633

April 5, 2007

**BY FEDERAL EXPRESS**
**8605 5268 4659**

John Stanton, Chairman and CEO
U.S. Sustainable Energy Corporation
6324 County Road 579
Seffner, FL 33584

Re: In the Matter of U.S. Sustainable Energy Corp. (A-02975)

Dear Mr. Stanton:

The staff of the U.S. Securities and Exchange Commission is conducting an informal, nonpublic investigation to determine whether U.S. Sustainable Energy Corp. ("USSE") or any person or entity associated with USSE violated the federal securities laws. In connection with this investigation, the staff requests that U. S. Sustainable Energy Corporation ("USSE-FL") provide the following documents by **April 24, 2007**:

1. the minutes of all meetings of USSE-FLs Board of Directors;

2. any and all documents related to any of the following entities and persons:

    a. United Ethanol Group, Inc. (f/k/a Originally New York, Inc.);
    b. Diversified Ethanol Corp. ("Diversified");
    c. James Monroe Capital Corp.;
    d. Vineyard Creek Investments, LLC;
    e. Redwood Consultants, LLC;
    f. Oppenheimer & Co, Inc.;
    g. Cybercare, Inc.;
    h. Phoenix Eco, Inc.;
    i. LaForza Automobiles;
    j. Taylor Moffitt;
    k. Chris McGovern; and
    l. Jens Dalsgaard;

April 5, 2007
Page 2

3.　any and all documents concerning any Memorandum of Understanding between USSE and Diversified including, but not limited to, draft agreements, memoranda, e-mail or electronic documents;

4.　any and all documents that support the statement that "[b]y combining Diversified Ethanol and USSE's technology, the company believes it can produce 200 proof ASTM certified ethanol 60% cheaper than any other technology in the world," as stated in Diversified's press release on or about January 4, 2007;

5.　any and all documents that support the statement that USSE and Diversified combined technologies have an "immediate market value between 9 and 12 billion dollars," as stated in Diversified's press release on or about January 4, 2007;

6.　any and all documents that support the statement that if Diversified "were to eventually have a billion shares outstanding, the intrinsic value of the company stock would be $12 per share, other growth catalysts not considered," as stated in Diversified's press release on or about January 4, 2007;

7.　any and all documents that support the statement that, "using Diversified Ethanol's technology we will obtain up to 30% more sugars from the corn we will process, according to independent university research," as stated in USSE's press release on or about January 5, 2007;

8.　any and all documents that support the statement that, "according to industry experts we will also save between 30-35% on our energy costs in producing ethanol, making our product the most cost competitive ethanol anywhere in the world," as stated in USSE's press release on or about January 5, 2007;

9.　any and all documents that support the statement that "USSEC can make 5 gallons of biofuel from one bushel of soybean," as stated in USSE's press release on or about October 26, 2006;

10.　any and all documents that support the statement that "USSEC can produce one gallon of biofuel in 8 minutes," as stated in USSE's press release on or about October 26, 2006;

11.　any and all documents that support the statement that "USSEC is the 'Green Solution' with its fully operational plant in production today; plant production capacity expected to grow to 1,500,000 gallons per day with sales of 1,300,000 gallons per day," as stated in USSE's press release on or about October 26, 2006;

12.　any and all documents that support the statement that "USSEC has successfully demonstrated the most cost effective method of producing biofuel estimated at $.50/gallon according to exhaustive studies and independent Lab confirmation," as stated in USSE's press release on or about October 26, 2006;

April 5, 2007
Page 3

13.    any and all documents that support the statement that "USSEC's research and development has successfully demonstrated the core technology in its fully functional facility located in Port Gibson, MS," as stated in USSE's press release on or about October 26, 2006;

14.    any and all documents that support the statement that "World Bank has billions of dollars available for company's producing Green Power," as stated in USSE's press release on or about October 26, 2006;

15.    any and all documents related to USSE's presentation at Northeastern University to a group of Massachusetts officials and governmental leaders that included Senator John Kerry, Governor Deval Patrick, and Boston Mayor Thomas Menino, as stated in USSE's press release dated January 22, 2007;

16.    any and all documents concerning the viability of USSE's process to convert vegetable feedstock, including soybeans, corn, or any other feedstock, assortment of vegetable feedstock or agriculture product to usable energy;

17.    any and all documents related to any communications between USSE and any governmental agency including, but not limited to: the U.S. Securities and Exchange Commission; the U.S. Environmental Protection Agency; the U.S. Department of Agriculture; the U.S. Department of Energy; and the U.S. Patent and Trademark Office, concerning USSE's process to convert vegetable feedstock or other agriculture products to usable energy;

18.    any and all documents related to any communications between USSE and any university or college concerning USSE's process to convert vegetable feedstock or other agriculture products to usable energy;

19.    any and all documents related to any presentation USSE made to any person concerning USSE's process to convert vegetable feedstock or other agriculture products to usable energy;

20.    any and all USSE's news releases and videos that appeared on any website for any period of time, whether currently on the website or removed;

21.    any and all e-mail messages or posts on any internet message board, chat-room or internet site, concerning USSE;

22.    any and all organization charts of USSE from January 1, 2006 through the present;

23.    documents sufficient to identify the names, addresses, and telephone numbers of all persons who were employed by USSE at any time from January 1, 2005 through the present;

April 5, 2007
Page 4

24. any and all "Take or Pay" contracts to which USSE is a party;

25. any and all contracts between John Stanton and USSE;

26. any and all contracts between John Stanton and United Ethanol Group, Inc.;

27. any and all e-mail John Stanton sent or received related to USSE from January 1, 2006 through the present;

28. any and all appointment books, calendars, and other documents that identify John Stanton's schedule and activities from January 1, 2006 through the present;

29. any and all documents related to any securities transactions by any USSE officer, director, or five percent owner from January 1, 2006 through the present;

30. any and all documents related to any communications between USSE and any auditor;

31. any and all financial statements of USSE from January 1, 2006 through the present;

32. any and all bank account statements from January 1, 2006 through the present.

33. any and all documents that support the statement that "USSE-FL has received an inducement into a tax-exempt Industrial Revenue Bond in the about of $50 million" as stated in CyberCare, Inc's press release on or about April 5, 2006;

34. any and all documents that support the statement that "the approval and inducement came after an extensive review of the potential of the Company's technology to produce Bio Fuels, including Bio Diesel, from readily available agricultural feedstock" as stated in CyberCare, Inc's press release on or about April 5, 2006;

35. any and all documents generated from USSE-FL "investigating and conducting joint research with Nanobac Pharmaceuticals, Inc. on a possible connection between nanobacteria, or calcifying nano-particles, and its proprietary process for the production of biofuels from various biomass feedstock using the Company's technologies" as stated in CyberCare, Inc's press release on or about April 5, 2006;

36. any and all documents that support the statements that USSE-FL and Alchem Laboratories created "a new biogas, which is a direct derivative of the whole raw soybean. The soygas is created from the transformation of soybeans into biofuel" as stated in CyberCare, Inc's press release on or about April 5, 2006;

April 5, 2007
Page 5

      37.    any and all documents that support the statements that USSE-FL's technology "produces in excess of 3 gallon of biofuels from one bushel of raw soybean, which have been used to operate a diesel generator, Mercedes Benz 300, a Bobcat and a gasoline lawn mower" as stated in CyberCare, Inc's press release on or about April 5, 2006;

      Please place an identifying mark on and serially number each page of each document produced and provide an accompanying itemized list of the materials submitted. If any documents requested are withheld because they are believed to be privileged, please inform of us of the existence of such documents, briefly identify them and list the reason for their non-production.

      For the purpose of this request, the term "documents" includes all writings and graphic matter of any kind, including, but not limited to, the original, all interim drafts, and each copy containing interlineation, deletions, marginal notes, or which is otherwise nonconforming and which shall include, but not be limited to, any file, book, card, article, analysis, press release, financial statement or report, note, bank statement, cancelled check, deposit slip, credit and debit memoranda, telex, bill (including credit card), correspondence, ledger sheet, receipt, transcript, photograph, sketch, chart, graph, diagram, diary, telephone log, appointment calendar, telegram, telecopy, fax, mailgram, accounting workpaper, report, computer printout, filing with any state or federal agency, inter- or intra- office communication, minutes of meetings, invoices, and any tangible items of readable or visual material, whether printed, typed, handwritten, microfilmed, or recorded on tape, disk or other means of recording or data entry. The term "documents" also includes e-mail, electronic documents, voice recordings, film, tapes, computer disks and other compilations from which information can be obtained.

      Please note that, in any matter in which enforcement action is ultimately deemed to be warranted, the Division of Enforcement will not recommend any settlement to the Commission unless the party wishing to settle certifies, under penalty of perjury, that all documents responsive to Commission subpoenas and formal and informal document requests in this matter have been produced.

      Thank you for your assistance in this matter. If you have any questions, please contact me at (404) 842-7671, Jack Westrick at 404-842-7606 or Robert W. Lough at 404-842-7638.

April 5, 2007
Page 6

Sincerely,

Robert W. Lough
Deputy Assistant District Administrator

By: _____
Michael D. Watson
Staff Attorney

Enclosure: SEC Form 1662

| FedEx US Airbill | Sender's Copy |
|---|---|

FedEx Tracking Number: 6505 5268 4659

Date: 4/5/07
Sender's FedEx Account Number: 1504-8454-5

Sender's Name: PHAEDRIA CHARLES-MALUM
Phone: (404) 842-7650
Company: U S SECURITIES & EXCHANGE COMM
Address: 3475 LENOX RD NE STE 1000
City: ATLANTA   State: GA   ZIP: 30326-1239

Recipient's Name: JOHN STANTON
Company: U.S. SUSTAINABLE ENERGY Corp
Address: 6324 COUNTY ROAD 579
City: SEFFNER   State: FL   ZIP: 33584

0349785846

4a Express Package Service — FedEx Priority Overnight (checked)

4b Express Freight Service — FedEx 1Day Freight (checked)

5 Packaging — FedEx Envelope (checked)

6 Special Handling — SATURDAY Delivery NOT Available (checked); No dangerous goods

7 Payment: Sender (checked)

8 NEW Residential Delivery Signature Options

519