# SICHENZIA ROSS FRIEDMAN FERENCE LLP
### ATTORNEYS AT LAW

June 12, 2007



**Via Federal Express**
John G. Westrick, Esq.
Staff Attorney
United States Securities and Exchange Commission
Atlanta District Office
3475 Lenox Road, N.E. Suite 500
Atlanta, Georgia 30326-1232

      Re:    <u>In the Matter of U.S. Sustainable Energy Corporation, Inc. (MA-02975)</u>:

Dear Mr. Westrick:

      The firm represents John D. Stanton ("Stanton") and U.S. Sustainable Energy Corporation, a Florida Corporation ("USEE-FL")(collectively, "Deponents") in connection with the subpoenas issued to Deponents dated May 10, 2007 in the above-referenced matter (the "Subpoenas"). In accordance with our prior discussions, the Commission had granted Deponents an extension of time to respond to the Subpoenas until June 12, 2007.

      Deponents have previously produced documents bearing Bates Stamp JS0001 through JS0291 to the Commission in response to the Subpoenas as part of their rolling production,[1] and they submit this letter as their objections and responses to the individual items set forth in the Subpoenas.

## Reservation of Rights

      1.    Deponents object to the production of documents protected by the attorney-client privilege, the attorney-work product privilege, or materials prepared in the anticipation of litigation and/or trial preparation privilege (collectively "privileged materials"). Should the Commission receive any privileged materials, the production of such materials was inadvertent, and Deponents request that the Commission refrain from reviewing such privileged materials and immediately return all such materials to Deponents' Counsel.

      2.    Deponents reserve their right to object on any ground to the use of any of the responses herein or subject matter thereof in any subsequent proceeding.

      3.    Deponents reserve their right at any time to revise, correct, amend, supplement, or clarify any response set forth below.

---

[1] These documents were previously produced by co-counsel for Mr. Stanton, John E. Johnson, Esq. of Shutts & Bowen LLP.



61 BROADWAY   NEW YORK, NEW YORK 10006
T 212 930 9700   F 212 930 9725   WWW.SRFF.COM

John G. Westrick, Esq.
June 12, 2007
Page 2

    4.    To the extent documents may be responsive to more than one of the requests, Deponents will produce only one copy of such document.

## Objections and Responses

| | |
|---|---|
| Item 1: | Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation, which pertains to U.S. Sustainable Energy Corporation, a Mississippi corporation ("USEE-MI"), and United Ethanol Group, Inc., a Nevada Corporation ("UEG") – not USEE-FL. |
| Item 2: | Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation. Without waiving its objections, Deponents have not located documents responsive to Item 2(a), and they have previously produced documents responsive to Item 2(g). |
| Item 3: | Deponents have not located any documents responsive to this request. |
| Item 4: | Deponents have not located any documents responsive to this request. |
| Item 5: | Deponents have not located any documents responsive to this request. |
| Item 6: | Deponents have not located any documents responsive to this request. |
| Item 7: | Deponents have not located any documents responsive to this request. |
| Item 8: | Deponents have not located any documents responsive to this request. |
| Item 9: | Deponents have not located any documents responsive to this request. |
| Item 10: | Deponents have not located any documents responsive to this request. |
| Item 11: | Deponents have not located any documents responsive to this request. |
| Item 12: | Deponents have not located any documents responsive to this request. |
| Item 13: | Deponents have not located any documents responsive to this request. |
| Item 14: | Deponents have not located any documents responsive to this request. |
| Item 15: | Deponents have not located any documents responsive to this request. |
| Item 16: | Deponents have not located any documents responsive to this request. |

John G. Westrick, Esq.
June 12, 2007
Page 3

| | |
|---|---|
| Item 17: | Deponents have not located any documents responsive to this request. |
| Item 18: | Deponents have not located any documents responsive to this request. |
| Item 19: | Deponents have not located any documents responsive to this request. |
| Item 20: | Deponents have not located any documents responsive to this request. |
| Item 21: | Documents responsive to this request have been previously produced. |
| Item 22: | Deponents have not located any documents responsive to this request. |
| Item 23: | Deponents have not located any documents responsive to this request. |
| Item 24: | Deponents have not located any documents responsive to this request. |
| Item 25: | Deponents have not located any documents responsive to this request. |
| Item 26: | Deponents have not located any documents responsive to this request. |
| Item 27: | Documents responsive to this request have been previously produced. |
| Item 28: | Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation. Without waiving their objections, Deponents have not located documents concerning UEG, and they are continuing to search for documents concerning USEE-MI. If documents concerning USEE-MI are located, Deponents will produce such documents to the Commission as part of their agreed-upon rolling production. |
| Item 29: | Deponents have not located any documents responsive to this request. |
| Item 30: | Deponents have not located any documents responsive to this request. |
| Item 31: | Deponents have not located any documents responsive to this request. |
| Item 32: | Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation. Without waiving their objections, Deponents have not located documents concerning UEG, and they are continuing to search for documents concerning USEE-MI. If documents concerning USEE-MI are located, Deponents will produce such documents to the Commission as part of their agreed-upon rolling production. |

John G. Westrick, Esq.
June 12, 2007
Page 4

| | |
|---|---|
| Item 33: | Deponents have not located documents concerning UEG, and they are continuing to search for documents concerning USEE-MI. If documents concerning USEE-MI are located, Deponents will produce such documents to the Commission as part of their agreed-upon rolling production. |
| Item 34: | Deponents have not located documents concerning UEG, and they are continuing to search for documents concerning USEE-MI. If documents concerning USEE-MI are located, Deponents will produce such documents to the Commission as part of their agreed-upon rolling production. |
| Item 35: | Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation. |
| Item 36: | Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation. |
| Item 37: | Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation. |
| Item 38: | The Commission has agreed to withdraw subsections (f), (g), and (h). With respect to subsections (e) and (i), Deponents have not located responsive documents. With respect to subsections (a), (c), (d), (j) – (n), Deponents have previously produced documents responsive to these subsections. |
| Item 39: | Deponents have previously produced documents responsive to this request. In addition, Deponents are continuing to search for documents concerning USEE-MI. If documents concerning USEE-MI are located, Deponents will produce such documents to the Commission as part of their agreed-upon rolling production. |
| Item 40: | Deponents have not located any documents responsive to this request. |
| Item 41: | Deponents have not located any documents responsive to this request. |
| Item 42: | Deponents have not located any documents responsive to this request. |
| Item 43: | Deponents have not located any documents responsive to this request. |
| Item 44: | Deponents have not located any documents responsive to this request. |
| Item 45: | Deponents have not located any documents responsive to this request. |
| Item 46: | Deponents have not located any documents responsive to this request. |

John G. Westrick, Esq.
June 12, 2007
Page 5

Item 47:          Deponents have not located any documents responsive to this request.

Item 48:          Deponents have not located any documents responsive to this request.

* * * * *

Item 49
Stanton
Subpoena:         Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation.

Item 50
Stanton
Subpoena:         Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation. At the Commission's request, Counsel for Mr. Stanton, John E. Johnson, Esq. of Shutts & Bowen LLP, will be taking possession of a copy of the computer hard drive. Mr. Stanton does not have a PDA.

Item 51
Stanton
Subpoena:         Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation.

Item 52
Stanton
Subpoena:         Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation. Without waiving his objections, Mr. Stanton has not located any documents concerning the sale of either USEE-MI or UEG's shares.

Item 53
Stanton
Subpoena:         Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation. Without waiving his objections, Mr. Stanton has not located any documents concerning the sale of either USEE-MI or UEG's shares.

* * * * *

Item 49
USEE-FL
Subpoena:         USEE-FL does not have any memory storage devices and server backups for USEE-MI.

John G. Westrick, Esq.
June 12, 2007
Page 6

Item 50
USEE -FL
Subpoena:      USEE-FL does not have materials responsive to this request.

Item 51
USEE -FL
Subpoena:      Deponents object to this request on the grounds that it is overbroad, unduly burdensome, and seeks materials outside the scope of the Order of Investigation.

    I trust that the aforementioned responses and documents satisfy Deponents' obligations under the Subpoenas.

    Thank you for your courtesy and cooperation.

Sincerely,

Richard J. Babnick Jr.

Encls.

cc:    Mr. John D. Stanton
      U.S. Sustainable Energy Corporation
      John E. Johnson, Esq.