**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** : | |
| : | |
| : | |
| : | **Civil Action No.** |
| **Applicant,** : | |
| : | |
| **v.** : | **1:07-CV-1547** |
| : | |
| **U.S. SUSTAINABLE** : | |
| **ENERGY CORPORATION** : | |
| **and JOHN D. STANTON,** : | **Hon. Julie E. Carnes** |
| : | |
| **Respondents.** : | |
| : | |

## NOTICE

On January 9, 2008, the Court held a telephonic hearing on the United States

Securities and Exchange Commission's (the "Commission") Application for an

Order to Show Cause why Respondents U.S. Sustainable Energy Corporation

(headquartered in Florida) and John D. Stanton (collectively, "Respondents")

should not be ordered to produce those documents enumerated in the

Commission's May 10, 2007 subpoenas which are listed in Section I.d. of the

Commission's Memorandum in Support of its Application. The Court ordered

Respondents to produce those documents no later than January 11, 2008.

I.

On January 11, 2008, Respondents produced the following pursuant to

the Court's Order:

A.      Bank statements for Escape Velocity of Tampa Bay
        Incorporated, for the years 2006 through 2007;

B.      Bank statements for Denouement Strategies, Inc., for
        the years 2006 through 2007;

C.      Confirmation that Mr. Stanton has no written contracts
        with USSE Florida;

D.      Confirmation that the brokerage account statements
        produced by Respondents on December 6, 2007
        constitute all the statements from October 2006
        through June 2007;

E.      Confirmation that there are no other responsive
        brokerage account statements, other than those
        represented by the statements already provided;

2

F.      Confirmation that Mr. Stanton did not file Internal

Revenue Service Schedule D forms for 2006.

II.

As of January 14, 2008, Respondents have yet to produce the following pursuant to the Court's Order:

A.      Mr. Stanton's individual bank account statements;

III.

Additionally, Respondents have not produced certain corporate bank account statements. The Court's Order requires Respondents to produce, "all bank account statements of Respondents." The Commission's position is that "all bank account statements of Respondents," includes all bank accounts for which Respondent, Mr. Stanton, is a signatory. Mr. Stanton, through Counsel, has indicated that he disagrees with the Commission's position; however, he has agreed to produce such documents, or confirm that none exist, to resolve this dispute.

IV.

Pursuant to a teleconference with Respondent's Counsel, John E. Johnson, on January 14, 2008:

3

A.     Mr. Johnson indicated that Mr. Stanton has requested that his bank provide his individual bank account statements, and that Mr. Stanton expects to receive the statements, from his bank, no later than Wednesday, January 16, 2008.  Mr. Johnson stated that Mr. Stanton will produce those statements to the Commission no later than January 18, 2008.

B.     The Commission agrees to accept the confirmation of Respondents' Counsel that Cast-Crete Corporation has never contracted with USSE of Florida or USSE of Mississippi, in lieu of Respondent, Stanton, producing all bank account statements for Cast-Crete Corporation.

V.

As a result of this agreement with Respondents' counsel, the Commission expects to receive Mr. Stanton's individual bank account statements no later than January 18, 2008, and all corporate bank account statements for which Mr. Stanton was a signatory through the date of the subpoena, or confirmation that none exist, no later than February 4, 2008.

4

This 14th day of January, 2008.

Respectfully submitted,


William P. Hicks
Regional Trial Counsel


/S/

_____

ROBERT K. GORDON
Senior Trial Counsel
Georgia Bar No. 302482


Securities & Exchange Commission
3475 Lenox Road, N.E., Suite 500
Atlanta, GA 30326-1232
(404) 842-7652

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing

of Acceptance of Service has been uploaded this 14th day of January to the Court's

CM/ECF system.

I further certify that I caused a copy of the foregoing Notice of Filing of

Acceptance of Service to be sent by U. S. mail, postage prepaid, to the following

non-CM/ECF participant:

John E. Johnson, Esq.
Shutts & Bowen LLP
100 South Ashley Drive
Suite 1500
Tampa, FL  33602

This 14th day of January, 2008.


s/ Robert K. Gordon