IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

U.S. SUSTAINABLE ENERGY
CORPORATION, et al.,

        Defendants.

CIVIL ACTION NO.
1:07-CV-1547-JEC

### ORDER

This action was filed by plaintiff Securities and Exchange Commission, seeking an Order that would require defendants to comply with an administrative subpoena. The case was referred to Magistrate Judge Linda Walker on July 12, 2007, for the issuance of a Report and Recommendation [2].

Plaintiff Securities and Exchange Commission has now filed a Notice [11] indicating that the parties have come to an agreement on their dispute and therefore this case may now be closed.

IT IS HEREBY ORDERED that the Clerk is directed to terminate the above civil action.

SO ORDERED, this 8 day of SEPTEMBER, 2008.

_____
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE